AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>SIMEON COTTLE<br>*Defendant* | )<br>)  Case No.  26-23-7<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  SIMEON COTTLE

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:224 - BRIBERY IN SPORTING CONTESTS;
18:1349 - CONSPIRACY TO COMMIT WIRE FRAUD;
18:2 - AIDING AND ABETTING

Date:  01/14/2026

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state:  PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 1/14/2026, and the person was arrested on *(date)* 1/30/2026
at *(city and state)* Philadelphia, PA

Date: 1/30/2026

*Arresting officer's signature*

Scott Baber  SA.  FBI
*Printed name and title*